UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2005 NOV -2 P 1: 27

UNITED STATES OF AMERICA
    Plaintiff,

v.                               Case No.: 3:05-cv-328-J-20MMH

MARCO DERUSSO, Personal
Representative of the Estate of
Roc David DeRusso,
    Defendant.
_____/

## ORDER

Pursuant to the Parties' Joint Stipulation for Entry of Judgment (Doc. No. 13, filed October 28, 2005), it is hereby **ORDERED AND ADJUDGED** that the Clerk shall enter Judgment in favor of Plaintiff, the United States, and against Defendant, Marco DeRusso, Personal Representative of the Estate of Roc David DeRusso, in the total amount of **$70,795.71** as follows:

1. For the third quarter of 2002, in the amount of **$50,087.03** as of September 20, 2004, plus interest and statutory additions until the date of payment as allowed by law; and

2. For the fourth quarter of 2002, in the amount of **$20,708.68** as of September 20, 2004, plus interest and statutory additions until the date of payment as allowed by law.

3. After entry of Judgment, the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of November, 2005

                                            HARVEY E. SCHLESINGER
                                            United States District Judge

Copies to:

Carol Koehler Ide, Esq., Dep't of Justice
David H. Jacoby, Esq.